IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-48 |
|---|---|---|
| Plaintiff, | : | JUDGE MICHAEL J. NEWMAN |
| vs. | : | |
| DEM TECHNOLOGY LLC, EVAN MORGAN | : | NOTICE OF APPEARANCE OF COUNSEL |
| Defendants. | : | |

Christopher R. Conard of Coolidge Wall Co., L.P.A., 33 West First Street, Suite 600, Dayton, OH 45402, telephone 937-223-8177, facsimile 937-223-6705, email conard@coollaw.com, hereby enters his appearance as trial counsel for Defendant DEM Technology LLC in the above matter. Christopher R. Conard is admitted or otherwise authorized to practice in this Court.

It is respectfully requested that service of all further pleadings, notices, filings, papers, etc., also be made upon Christopher R. Conard as counsel of record for Defendant DEM Technology LLC in this matter.

Dated:  May 13, 2022	Respectfully submitted,


	By:  *s/ Christopher R. Conard*
		Christopher R. Conard (0039751)
		COOLIDGE WALL CO., L.P.A.
		33 W. First Street, Suite 600
		Dayton, OH 45402
		Phone:	937-223-8177
		Fax:	937-223-6705
		E-mail:  conard@coollaw.com

		*TRIAL ATTORNEY FOR DEFENDANT DEM TECHNOLOGY LLC*

OF COUNSEL:

Daniel A. Brown (0041132)
Brown Law Office, LLC
204 S. Ludlow St., Ste. 300
Dayton, OH 45402
Phone:	937-224-1216
Fax:	937-224-1217
E-mail:  dbrown@brownlawdayton.com


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of May, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's E-filing system and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent.  Parties may access the filing through the Court's system.


		*/s/ Christopher R. Conard*
		Attorney at Law


w:\wdox\client\016634\00376\01295215.docx